**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

March 21, 2018

Ronald John Brennan, Jr
SNOHOMISH COUNTY CORRECTIONS
3025 OAKES AVENUE
EVERETT, WA 98201

Your civil action _Brennan v. Estrada_ was filed in the U.S. District Clerk's office at Seattle on March 19, 2018.

Your case has been assigned Case Number **2:18–cv–00417–RSM–JPD,** and has been assigned to Judge Ricardo S Martinez, Presiding Judge and referred to Magistrate Judge James P. Donohue

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

WILLIAM M. MCCOOL, *Clerk*

s/*Deputy Clerk*

cc: file