FILED
LODGED
RECEIVED        MAIL

MAR 19 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

RONALD JOHN BRENNAN JR
(Name of Plaintiff)

vs.

Deputy Estrada #6334

(Names of Defendant(s))

**18 CV-00417 RSM-JPD**

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

## I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

☒ Yes        ☐ No

B. If your answer to A is yes, how many?: ___3___. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: RONALD J. BRENNAN JR

Defendants ① Department of Corrections. ② Daniel Stites and other Employees at Snohemish County correctini ③ Spartiq - SCJ

2

2. Court (give name of District) U.S. District   Western District

3. Docket Number: 17-CV-1928-TCC-JPD & 18-CV-00329-RAJ-BAT

4. Name of judge to whom case was assigned: Pending   Richard Jones

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?): Pending

6. Approximate date of filing lawsuit: December 27, 2017   March 5, 2018

7. Approximate date of disposition: Pending

## II. Place of Present Confinement: Snohomish County Corrections

A. Is there a prisoner grievance procedure available at this institution?   ☒ Yes   ☐ No

B. Have you filed any grievances concerning the *facts* relating to this complaint?
☒ Yes   ☐ No

　　　If your answer is NO, explain why not:

_____

_____

C. Is the grievance process completed?   ☒ Yes   ☐ No

**If your answer is YES, ATTACH A COPY OF THE <u>FINAL</u> GRIEVANCE
RESOLUTION for any grievance concerning facts relating to this case.**

## III. Parties to this Complaint

A. Name of Plaintiff: Ronald John Brennan Jr   Inmate No.: 1705723

Address: 3025 Oakes Ave, Everett, WA 98201

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: Deputy Estrada #6334   Official Position: Deputy

Place of employment: Snohomish County Corrections.

3

C. Additional defendants

NoNe

## IV. Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved, including dates, places, and other persons involved. <u>Do not give any legal arguments or cite any cases or statutes</u>. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

Out of Retaliation for My good faith use of the SCJ grievance System about Deputy Estrada and the inMate trustee's being Extreamly load at 2:00 AM on 2-23-18 keeping me awake. Retaliation for good faith Use of our System one week later, After I filed the grievance, Deputy Estrada at 5:30 AM. And the Same trustee, come to me Segregation Cell Door to Serve My ADA Meal. Deputy Estrada had already opened all the Cuff Ports to the Unit, And touched all the doors, and keys Prier to Serving any Meals.
Deputy Estrada handed each inmate their Brown Paper Sack Containing their Breakfast meal. he had Bn Passed My Cell Door and Made me last. When he come back to my Cell Door. he Opened My Brown ADA Meal. and with the Same Dirty Gloves. Proceded to take My food out of the Brown Bag and hadd it to me One Item at a time. When I complained about this he Put the Rest through the Cuff Port. And walked away.
I asked for My Breakfast Drink of tea. Which is listed on the ADA Meal Label each of my meals. (See Attached label)
Deputy Estrada refused to Provide the rest of My meal, until I Said Please. when I would Not Say Please he refused My meal and Punished Me By withholding food.

_____ rify 4S          3000 ADA/ super to verify
POD                              POD                                            DIET
DIET

BRENNAN,              1705723     BRENNAN, R    PWR/    EA L&D    1705723
INMATE NAME & SO#                 INMATE NAME & SO#

See attached Statement 4

**V. Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Hold Deputy Estrada #6334 who is Employeed as a Deputy at the Snohomish County Corrections, Accountable for intentionally withholding Part of my ADA Meal as a form of Punishment. The Emotional Stress of the way I was treated And Continued retaliation needs to stop. Please Hold Deputy Estrada and his Employer accountable. By Assessing Damages in the Amount of $20,000.00 for using my ADA food as Punishment by withholding it.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13th day of MARCH 20 18.

_(Signature of Plaintiff)_

I am A PreTrial Detainee at the Snohomish County Jail, I have been here since June 15, 2017 on Snohomish County Cause Number, 17-1-01422-31

IV   Statement of Claim

Deputy Estrada #6334 works the 4 South Module one regular shift each week and that is a graveyard shift starting at 12:00 AM on Friday mornings

The 4 South Module is designated at Maximum Security, No inmates are allowed out of the cell unless handcuffed.

On the odd numbered days, inmates are escorted to the Segregation area to utilize a shower, Phone or book cart.

On the even number days inmates are escorted to the outside recreation area if they so choose to go outside.

As a result of this classification all meals are provided to the inmates inside the single man cell that they reside in. The doors are equipped with a cuff port that is opened and the food bags or trays are slid into the cell. These cuff ports are also used to transfer clean and dirty laundry along with all trash that the inmate wants to get rid of. These cuff ports have been in use for many years and they are not cleaned on any regular schedule and have many years of spilled food and other things spilled in or around them.

The deputies feel that because they are wearing gloves they have the right to touch our food after opening these cuff ports. In this incident Deputy Estrada had opened all cuff ports to the doors that held inmates, prior to the meal cart arrival, he then exited the first door and allowed the inmate trustee to roll the cart into the unit. Never changing his gloves. Then he proceeded to feed the inmates handing them their breakfast bags. Leaving me until the last. As explained further down this document.

On February 23, 2018 I wrote a grievance (#222 Attached and #222 Appeal Attached) concerning that lack of respect and the sleep deprivation by actions of the trustee's and Deputy Estrada #6334. This is an ongoing problem weekly with the trustee's coming into the unit in the middle of the night to clean and being extremely loud and carrying on loud conversations with Deputy Estrada. These conversations are not about running the unit or cleaning, these are conversations about cars and other aspects of life on the outside of the jail. These conversations

go on for up to 20 minutes and during that time we are kept awake due to the noise.

I have filed more than one kite on this subject to the graveyard Sergeants and had not received any type of resolution in this matter so I filed a grievance concerning this and named Deputy Estrada #6334.

I had also filed a kite that Deputy Estrada had collected my personal laundry the morning of February 23, 2018 and that it was held somewhere in the module and it never was washed or dried. SGT Roy responded to this and told me to retry next time. (Kite Dated 2-23-18 Attached)

On March 2, 2018 I was woke up at 5:00 AM by the nurse who was checking my blood sugar levels.

A short time later breakfast was being delivered and I was standing at my door waiting for my breakfast. I am on the ADA meal due to my diabetes and my bag comes sealed from the Kitchen, wrapped in plastic wrap. The deputies take the plastic wrap off and hand me the bag or tray at each meal.

This time Deputy Estrada had already opened the cuff ports on the doors, went out to the lobby to retrieve the food cart, touching all the doors along the way.

He started handing out the breakfast bags at cell number 4 and came down the line. He bypassed my door and dropped of the special diet to Mr. Fryberg in cell number 8.

He came back to my door and proceeded to open my breakfast meal and hand me my items one item at a time through the cuff port. This had never been done in all the time in the hole. I asked him what he was doing and he claimed he was checking my meal. He was touching each of my food items with the same gloves he had been wearing to open the cuff ports, the doors and who knows what else.

As a result the trustee did not offer or give me any of the morning drink that is required. When Deputy Estrada and the trustee came back down the stairs, Deputy Estrada went to Cell #5 and was handing Mr. Watkins his Commissary Order that had come from the other module.

I said out my door *"CAN I GET SOME TEA"* Deputy Estrada stepped away from cell #5 and the trustee told him that he had not given me any tea that morning. Deputy Estrada said to me *"IF YOU SAY PLEASE YOU CAN HAVE SOME TEA"* I stated to him *"I AM NOT GOING TO BEG YOU FOR MY MEAL"* he again told me **"YOU NEED TO TREAT ME WITH RESPECT AND SAY PLEASE"** *and I again replied that* **"HIS JOB WAS TO FEED ME AND I DID NOT HAVE TO BEG FOR MY FOOD"** He said *"SAY PLEASE"* and I asked to speak to the sergeant which he told me that he did not need to call a sergeant. I pushed the button to CCR asking to speak to the sergeant on duty and before she could say anything to me Deputy Estrada stepped to my cell door and said loudly to the lady on the intercom *"DISREGARD THAT REQUEST I WILL HANDLE IT"*

Deputy Estrada came back to my door 10 minutes later to retrieve the waste and close the cuff port. I was already back in bed with my head covered up and was trying to calm down and go back to sleep. Deputy Estrada said to me *"BRENNAN I CALLED THE SERGEANT AND HE IS TO BUSY TO COME SEE YOU AND HE TOLD ME TO WRITE YOU UP"* I uncovered my head and stated this to him *"I AM A PRE-TRIAL DETAINEE AND I AM NOT CONVICTED THEREFORE YOU HAVE NO RIGHT TO WITHHOLD MY FOOD AS A PUNISHMENT"* and his response to that was *"MY JOB IS TO CORRECT YOUR BEHAVIOR AND THAT'S WHAT I AM GOING TO DO"* and my final response to him was *"YOU HAVE NO RIGHT TO WITHHOLD MY FOOD BECAUSE I WONT RESPOND TO YOU IN THE WAY YOU WANT. I WILL FILE A GRIEVANCE AND HANDLE IT MY WAY"*

As a result he did infract me for this and I was served after 7:00 on March 2, 2018 by Deputy Gilfeather. (Infraction Number 2018-00001035)

I had already filed a grievance and it was dated and signed by Deputy Spangler March 2, 2018 at 1343 hours. (Grievance #246 and #246 Appeal Attached)

Deputy Estrada withheld part of my meal as a punishment for not responding to him in a way he demanded. I do not have to even speak to these deputies to get my food. Deputy Estrada I feel was doing this out of retaliation for my filing a grievance the prior week for his not respecting my sleeping hours with his loud

noises.  From the February 23, 2018 shift I filed both a kite about the laundry issue and the grievance about Deputy Estrada.

I had filed the grievance #222 about the noise and Deputy Estrada lied to the investigating officer about the noise. Another inmate had also filed a grievance and complaint about the same issue and the same incident about the noise. Inmate Colt Borgeson #1866105.

I have spoken to the day shift SGT Ogawa and he read the infraction and the statements in the infraction about handing my food one piece at a time through the dirty cuff port, and the statement about his job is to correct my behavior. SGT Ogawa stated to me that he could see why I was upset about my food being touched and handled with gloves that had already touched the dirty cuff ports of other doors, and others things prior to my food being brought to me. And SGT Ogawa also told me that the statement about his job being to correct my behavior was also incorrect and that was not even in his job description.

On March 5, 2018 I sent a Kite (attached) to LT Sundstrum #6010 concerning the infraction and the fact that Deputy Estrada had withheld part of my meal as a punishment. LT Sundstrum is the Graveyard Commanding officer here at the Snohomish County Corrections.

As a result at 2:00 AM on March 6, 2018 LT. Sundstrum came to my cell and had me handcuffed and moved to a secure location in the module so that we could discuss this incident. I presented him with all the documents that are also attached that clearly shows that the Deputy could have taken steps in the direction of retaliation for the kites and grievances filed about the noise and the laundry issue the prior week to this incident.

LT. Sundstrum #6010 sent a hand written letter back to me (Attached) explaining that he had addressed these issues with Deputy Estrada and that withholding food or any part of the meal is not to happen again.

# Sheriff's Office Corrections Bureau
## Inmate Grievance Form

| For Grievance Coordinator Use Only | | |
|---|---|---|
| Date Received: 3-3-18 | Tracking Number: 246 | Assigned to: (Dept. / Name) Grvks |

Inmate Name: Ron Brennan    CIN 1705723    Module 4 South 7

Is this an appeal of a previous grievance? ___    What was the tracking number of the previous grievance? ___

**NOTE - IF AN APPEAL YOU MUST ATTACH A COPY OF THE ORIGINAL GRIEVANCE**

Location of the incident: 4 South 7    Date of the Incident: 3-2-18    Time of the Incident: 5:30    Breckfast

List names of any persons involved in the incident to include staff, inmates, volunteer, etc...: Estrada, Trustee

State your grievance clearly in the space below. If you need more space, attach separate sheets of paper. For appeals, indicate what new information you believe has become available, or what error you believe was made by the original respondent.

Deputy Estrada Brought my ADA Meal to the Cuff Port. And the trussee Just bypassed my Door not giving me any Tea. When they come Back Down the Stairs I said "Can I get some Tea" The Trustee Told Estrada he had not giver me any tea. Deputy Estrada DEMANDED I say "please" to get my Tea. he told me to say Please or I was not getting any tea. I asked to speak to the Sgt. I asked CCR for a Sgt. He Refused to give me my Drink at Breckfast. He come Back to the Cell Door 10 minutes later stating that the Sgt. was to busy and he had been instructed to write me up for Disrespect stating I have to even speak to him. he Stated "You are in Jail and it is my Job to teach you respect" "while he works here, he expects me to say please and thank you. He has No right to DEMAND Anything."

(left margin, vertical: Ham or ADA Meal, He Refused Part of a meal)

What actions have you take to resolve this complaint informally? Indicate the names of staff with whom you have attempted to resolve this issue and their response. Per Captain Stites, 4 mod. Ask for a sgt. it was refused. Asked for my food. Asked for sgt. Contacted CCR.

What action or resolution are you seeking? I AM a Pre-Trial Detainee, therefore I AM Not convicted. You have No right to withhold food as a Punishment when I am not even required to Speak or Beg for my food.

Inmate Signature: [signature]    Date: 3-2-18

Staff Receiving Grievance - Name and Personnel #: [signature] 1098    Date: 3.2.18    Time: 1343

Final Response / Decision: Rule violation 18-1035 was written in regards to this incident. It appears you were loud and disrespectful towards CD Estrada and threatened to grieve him for withholding your breakfast back meal. We were presently [illegible] been addressing you to say please but only due to your hostility and rudeness towards him. You were provided all items from your meal. [initials] 1R3 3/10/18

Respondent Printed Name and Personnel #: Sgt. June 6170    Respondent Signature: [signature] 6170    Date: 03/01/2018

Response Delivered to Inmate by - Staff Name and Personnel#: [signature] 6054 / OSCU    Date/Time: 3-6-18

C. Tennant 6134    3-13-18 0600    Inmate Initial: [initials]

**Inmate Grievance Form**

| For Grievance Coordinator Use Only | | |
|---|---|---|
| Date Received: 3/7/18 | Tracking Number: Appeal 246 | Assigned to: (Dept./ Name) LT Sundstrom |

Inmate Name: Ron Brennan     CIN 705723     Module 457

Is this an appeal of a previous grievance? Yes    What was the tracking number of the previous grievance? 246

**NOTE - IF AN APPEAL YOU MUST ATTACH A COPY OF THE ORIGINAL GRIEVANCE**

Location of the incident: 4 South    Date of the Incident: 3-2-18    Time of the Incident: 5:30 AM

List names of any persons involved in the incident to include staff, inmates, volunteers, etc...:
Estrada, Trustee

State your grievance clearly in the space below. If you need more space, attach separate sheets of paper. For appeals, indicate what new information you believe has become available, or what error you believe was made by the original respondent.

I interviewed with Lt. Sundstrom on 3-6-18 @ 2:00 AM
Concerning this incident and provided him with a typed
statement.
Deputy Estrada refused my Drink at breakfast
Because I would Not Say Please.
I did not get my Drink that meal and he
Used Withholding food as a Punishment for not
Saying Please. I am on ADA meal

What actions have you taken to resolve this complaint informally? Indicate the names of staff with whom you have attempted to resolve this issue and their response.

What action or resolution are you seeking?

Inmate Signature _____    Date 3-6-18

Staff Receiving Grievance – Name and Personnel # AAW9176    Date 3/6/18    Time 1450

Final Response / Decision

What are you appealing? The above complaint is redundant
and has been addressed.
Sgt Thomas T6198
3/10/18

| Respondent Printed Name and Personnel # | Respondent Signature | Date |
|---|---|---|
| C. Tennant 6134 | | 3-13-18 0600 |

Response Delivered to Inmate by – Staff Name and Personnel #    Date/Time    Inmate Initial

Pink Copy – Retained by Inmate upon Filing Grievance    Yellow Copy – Returned to inmate with Response    White Copy – Inmate File

LT:
SUNDSTRUM

# Snohomish County Corrections Bureau
# Service Kite

Name: RONALD BRENNAN   CIN# 1705723   Date: 3-5-18   Module: 4S   Bed# 7

**Please _check one Item_ from below per kite and describe in detail what you need.**

☐ Classification  ☐ Officer  ☐ Inmate Funds  ☐ Snohomish County Public Defender

☐ Programs  ☐ Sergeant  ☐ Commissary

☐ Law Library  ☐ Property  ☐ Records  ☐ Baker, Lewis, Schwisow and Laws (Everett Municipal)

☐ Chaplain/Religious Services  ☐ DOC  DOC # _____  ☐ Work Release  ☐ Office of Public Defense

☐ Food Service  ☐ Other (please specify): _____

**Print your need in detail below:**

Would You Come See Me. (Wake me up if you need to)
Incident report 2018-00001035
is in retaliation for Grievance # 222 and my
kite about Laundry on 2-23-18. Please read the
narrative:
He was toching my food after opening all the cell flaps. Doors
and the crates that hold the Bags. Without Changing gloves, he
touched My food.
Then When I would Not Say Please, he refused
the Drink with my meal. As you Can See by the ADA
label Below. It Clearly States Tea is Part of meal
In the Second Paragraph of the Narrative he clearly
States I need to Say Please. And h.3

Response: Job is to Correct My Behavior.                    Inmate Signature
As he was doing all this in front of a trustee, who
happen to be the Same trustee who I filed the Noise
grievace on.
Deputy estrada refused part of my meal Because
I would not Bow Down and Say Please.

| 3000 ADA/ super to verify | 4S | 3000 ADA/ super to verify |
| DIET | POD | DIET |

POD

BRENNAN, R    1705723    BRENNAN, R    PWR    TEA L&D    1705723
INMATE NAME & SO#              INMATE NAME & SO#

INMATE BRENNAN —

I have spoken with Deputy ESTRADA,
HE will continue to verify what comes
up in your sack MEALS (ADA). I have
asked him TO MAKE sure he is WEARING
a clean pair of gloves when he does
This INSPECTION.
I have told him That he can not with hold
Food, in This case TEA from you, unless
you are posing some type of Threat.
I have told him if he needs TO get
A Sergeant for whatever REASON TO do so,
If The Sergeant is NOT AVAILAble he
Can call me if I'm on duty.
I have asked him TO Try AND Keep
The Noise down as much as possible
when The INMATE workers are
Cleaning. I hope That This addresses
The issues you are Concerned about.

Gard
3/6/18



# Incident Report

### Incident: 2018-00001035

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 03/07/2018 15:17 | | Snohomish County Sheriff's Office |
| **Login ID:** | so7155 | **ORI Number:** | WA0310000 |
| **Report Template:** | Hearing Disposition | | |

## Details

| | | | | | |
|---|---|---|---|---|---|
| **Incident Type:** | Major Violation | **Reporting Officer:** | SO6334 - Estrada | **Assigned To:** | SO6334 - Estrada |
| **Incident Date/Time:** | 03/02/2018 05:30 AM | **Reported Date/Time:** | 03/02/2018 05:30 AM | **Assigned Date:** | 03/02/2018 05:30 AM |
| **Incident Location:** | 4SA | | | | |
| **Description:** | Major Rule Violation - 202 | | | | |

## Violations

| | | | | | |
|---|---|---|---|---|---|
| **Seq Number:** | 1 | **Violator:** | BRENNAN, RONALD JOHN | **Violation:** | Profanity/Disrespect |
| **Location:** | | | | **Requires Reclassification:** | N |

## Violation Hearing

| | | | | | |
|---|---|---|---|---|---|
| **Seq Number:** | 1 | **Violator:** | BRENNAN, RONALD JOHN | **Hearing Officer:** | so7155 - Mitchell |
| **Hearing Date/Time:** | 03/03/2018 03:00 PM | **End Date/Time:** | | **Inmate Plea:** | Not Guilty |
| **Hearing Subject** | | **Subject Type** | | **Recorded By** | |

## Violation Discipline

| | | | | | |
|---|---|---|---|---|---|
| **Discipline Type:** | Loss of Good Time | **Start Date/Time:** | 03/07/2018 02:58 PM | **End Date/Time:** | |
| **Violator:** | BRENNAN, RONALD JOHN | **Event Type:** | | **Disposition:** Violation Amended (See Comments) | **Officer:** so7155 - Mitchell |
| **Comments:** | Violation amended to major 215-harassment/intimidation. Report and I/M testimony sufficent evidence for finding. 2 days loss of good conduct time, suspended as long as no other major/serious rule violations this booking. | | | | |

## Narrative

On Friday March 2, 2018. I, Corrections Deputy (C/D) Estrada #6334 was assigned as the 4S module deputy for the Snohomish County Sheriff's Office Corrections Bureau.

At approximately 0530 hours, while serving breakfast, Inmate Brennan Ronald #1705723 became extremely angry because I opened his breakfast sack in his presence. He used profanity towards me while questioning why I was handing him one breakfast item at the time. I explained to him that I was only doing that to make sure all of his items were accounted for. It should be noted that I/M Brennan has written several grievances towards staff and the kitchen because of the same issue. He then retreated to his bunk and began eating.

I continued serving breakfast, when returned to his cell he blatantly demanded tea. I informed him that the way he was asking was very disrespectful and if he wanted tea all he needed to say was "please". He yelled at me saying "Your fucking job is to fucking feed me, I don't have to beg for food" I replied by informing him that my job was to correct behavior and I would never expect anyone to beg for food. I also informed him that I always treat all inmates with the same respect, regardless of the situation, and I expect the same respect in return. He continued yelling at me arguing he was not convicted yet and that his behavior did not require corrections. He then demanded a Sergeant and began pushing his emergency call button. As I was walking away from his cell, I heard him say "I'll just grieve you later" in a threatening manner.

I informed I/M Brennan that after speaking with the Sergeant, he was going to be written up on a Major Rule Violation 202 - Profanity/Disrespect - For using profanity, abusive language and derogatory remarks or gestures towards staff.

**Signature:** _____   **Date:** _____



# Incident Report

Incident: 2018-00001035

**Print Date/Time:** 03/07/2018 15:17
**Login ID:** so7155
**Report Template:** Hearing Disposition

Snohomish County Sheriff's Office
**ORI Number:** WA0310000

---

**Reviewed:**                                      **Date:**

**Medical Notified:** _____ **YES** _____ **NO**       **Date:** _____

**Snohomish County Sheriff's Office**
**Inmate Discipline Hearing Rights and Waivers**

NAME: _Blennan_   GSJ/BKG#: _1705172_   DATE: _3/2/18_

## Section I. Supervisor Action (Pick One)

_✓_   **Resolution through Hearing:**  The alleged violation is of a serious nature and requires a formal disciplinary hearing.  If this option is chosen, then the supervisor is to ensure the inmate is served with the violation and all remaining sections of this form are completed with the inmate.

_____   **Resolution by Conference with Supervisor:**  The alleged violation is of a non-serious nature.  If this option is chosen; the supervisor must have a conference with the inmate, complete section II and propose a sanction with which the inmate agrees.  If an agreement is reached, the supervisor must document the sanction to be imposed in the space below, followed by both the signature of the supervisor and the inmate.  If an agreement is not reached, proceed with a formal resolution through hearing.

_____

_____

Inmate Signature _____   Date _____

Required for Informal Resolution Only

Supervisor Signature ___ _Sgt SPAN_ _____   Date _3/2/18_

Required for either option

## Section II.  Rights

You are being charged with violating one or more rules of the Snohomish County Sheriff's Office Corrections Bureau. You have the following rights regarding this violation:

1. To remain silent.
2. To a disciplinary hearing conducted by an impartial Hearing Officer.  The hearing will be to determine if you are guilty of the violation(s) and, if guilty, what sanctions will be imposed.  The hearing will be conducted between 24 and 96 hours from now, not including weekends and holidays.
3. To have the written charge(s) against you at least 24 hours before your hearing.  This time period is to allow you to prepare for your hearing.
4. To present evidence on your behalf.
5. To call witnesses.  If you plan to call witnesses, you may write them on the back of this form, or send a list to the Hearing Officer within 24 hours of receiving these rights.
6. To be present at all stages of the hearing except during decisional deliberations.   However, if your presence at the hearing would be unduly hazardous to institutional safety/security or correctional goals, the Hearing Officer may deny your presence.  You will be notified in writing of reasons for such determination.
7. To be presented with a final decision at the conclusion of the hearing.  You will be given a written summary of the hearing within 72 hours, including the facts supporting the decision.
8. To request a staff representative to assist you if your case is too complex or you cannot read or write.
9. To appeal the final decision if you believe the decision was inappropriate.  Your appeal must be in writing and addressed to Anthony Aston, Corrections Bureau Chief, Snohomish County Sheriff's Office. This appeal must be submitted within 48 hours of the conclusion of your hearing, and upon receiving the final written decision.

## Acknowledgment of Service

By my signature as witnessed below, I am acknowledging that I have been informed of the above rights and have received a copy of my violation report.

Signature_____   Date_____

Witness_____   Date_____   Time:_____

Revised 11/18/17

Snohomish County Sheriff Office Corrections Bureau

**Inmate Grievance Form**

③

| For Grievance Coordinator Use Only | | |
|---|---|---|
| Date Received: 2-24-18 | Tracking Number: 222 | Assigned to: (Dept. / Name) Graves |

Inmate Name: RONALD BRENNAN    CIN 1705723    Module 457

Is this an appeal of a previous grievance? _____ What was the tracking number of the previous grievance? _____

**NOTE - IF AN APPEAL YOU MUST ATTACH A COPY OF THE ORIGINAL GRIEVANCE**

Location of the incident: 4 South    Date of the Incident: 2-23-18    Time of the Incident: APPROX 2:00 AM

List names of any persons involved in the incident to include staff, inmates, volunteers, etc...:
Deputy Estrada #6334,    Inmate Trustee's

State your grievance clearly in the space below. If you need more space, attach separate sheets of paper. For appeals, indicate what new information you believe has become available, or what error you believe was made by the original respondent.

This is an ongoing problem, and Sleep Deprivation is a result. Most Deputys are respectfull and keep Control over the Noise. When Deputy Estrada works the inmate trustees are allowed to be loud, Rude and Extreemly Noisy. loudly talking about cars, and other topics. Deputy Estrada will be upstairs and the trustees Down stairs loudly talking Back and forth about all kinds of subjects. This seems to be a weekly occuring event. I have kited before

What actions have you taken to resolve this complaint informally? Indicate the names of staff with whom you have attempted to resolve this issue and their response.

Talked to Classification, Sent kites Prior.

What action or resolution are you seeking?
After 10 PM have Some Consideration for People asleep, Do Not Allow un-Nessecary loud Conversation at Night

Inmate Signature _____    Date 2-23-18

Staff Receiving Grievance – Name and Personnel # 60198    Date 2.23.18    Time 1555

**Final Response / Decision**

I have spoken to C/O Estrada about this issue and he confirmed that the inmate walkers were Not being extreemly Noisy.

| JCT Penn x6147 | JCT Penn x6147 | 3/2/18 |
|---|---|---|
| Respondent Printed Name and Personnel # | Respondent Signature | Date |
| Hansen 6168 | 3-4-18 | 0550 |
| Response Delivered to inmate by – Staff Name and Personnel # | Date/Time | Inmate Initial |

Pink Copy – Retained by inmate upon Filing Grievance    Yellow Copy – Returned to inmate with Response    White Copy – Inmate File

Snohomish County Corrections Bureau
**Inmate Grievance Form**

For Grievance Coordinator Use Only
Date Received: 3/7/18    Tracking Number: Appeal 222    Assigned to: (Dept./Name) LT Sundstrom

Inmate Name: Ronald Brennan    CIN 1705723    Module 4S7

Is this an appeal of a previous grievance? Yes    What was the tracking number of the previous grievance? 222

NOTE - IF AN APPEAL YOU MUST ATTACH A COPY OF THE ORIGINAL GRIEVANCE

Location of the incident: 4 South    Date of the Incident: 2-23-18    Time of the Incident: 2:00 AM

List names of any persons involved in the incident to include staff, inmates, volunteers, etc...:
Deputy Estrada #6334 , Inmate Trustee's

State your grievance clearly in the space below. If you need more space, attach separate sheets of paper. For appeals, indicate what new information you believe has become available, or what error you believe was made by the original respondent.

This is a Weekly Problem, I have Sent Prior
Kites about the Trustee's coming into 4th Floor
late at Night and Being Extremly loud. having loud
Conversations Between them and the Deputies.
Inmate Borgeson #1866105 was in Cell 04
on this Date and also filed a Complaint about the Noise
at 2:00 AM. I understand that cleaning is going to
have Some Noise. What I dont Want to hear is loud
Conversations about Cars, and other aspects of life outside SCJ.

What actions have you taken to resolve this complaint informally? Indicate the names of staff with whom you have attempted to resolve this issue and their response.

Classification Kites, grievence

What action or resolution are you seeking? 10 PM to 10 AM have Some Consideration
for People who Sleep. The Deputies and inmate trustees Dont need to
have loud Conversations. AND Please No retaliation Again.

Inmate Signature    3-6-18    Date

RZK 6316
Staff Receiving Grievance – Name and Personnel #    3/6/18    2031
Date    Time

Final Response / Decision

This grievance this issue has already been addressed.

Sct SPake x6147    Sct SPake x6147    3/9/18
Respondent Printed Name and Personnel #    Respondent Signature    Date

C. Tennant 6134    3-13-18 0600    A R
Response Delivered to Inmate by – Staff Name and Personnel #    Date/Time    Inmate Initial

Pink Copy – Retained by Inmate upon Filing Grievance    Yellow Copy – Returned to inmate with Response    White Copy – Inmate File

# Snohomish County Corrections Bureau
# **Service Kite**

Name: Ron Brennan    CIN# 705723 Date: 2-23-18 Module: 4S Bed# 7

**Please _check one Item_ from below per kite and describe in detail what you need.**

- ☐ Classification
- ☐ Programs
- ☐ Law Library
- ☐ Chaplain/Religious Services
- ☐ Food Service

- ☐ Officer
- ☒ Sergeant
- ☐ Property
- ☐ DOC   DOC # _____
- ☐ Other (please specify): _____

- ☐ Inmate Funds
- ☐ Commissary
- ☐ Records
- ☐ Work Release

- ☐ Snohomish County Public Defender
- ☐ Baker, Lewis, Schwisow and Laws (Everett Municipal)
- ☐ Office of Public Defense

**Print your need in detail below:**

Today at Breakfast I Put My laundry out in
a SCJ mesh laundry Bag Marked 4S 7
Deputy Estrada took it and it should of been
but where it could of been taken to laundry.

Deputy Spangler Brought Back My laundry. I
Took My T-Shirt out. and Socks. My
laundry had Never been washed or Dried.
it was Still Dirty. It was Never sent
to laundry at all.

This is Becoming a big Problem. First I Dont
Get Back Laundry. Then it Comes
Back just. Now Not even
washed - Please Fix This Problem

**Response:**

Try again.

_____ Inmate Signature

Sgt Rose #284  2-24-18
Signature and Date

Any kite containing profanity or derogatory comments will not be accepted.
**See Back for Frequently asked questions.**

**Inmate Grievance Form**

③

| For Grievance Coordinator Use Only | | |
|---|---|---|
| Date Received: | Tracking Number: | Assigned to: (Dept. / Name) |

Inmate Name: RONALD BRENNAN    CIN 1705723    Module 45 7

Is this an appeal of a previous grievance? _____ What was the tracking number of the previous grievance? _____

**NOTE - IF AN APPEAL YOU MUST ATTACH A COPY OF THE ORIGINAL GRIEVANCE**

Location of the incident: 4 Sath    Date of the Incident: 2-23-18    Time of the Incident: 2:00 AM  APPROX

List names of any persons involved in the incident to include staff, inmates, volunteers, etc...: Deputy Estrada #6334,    Inmate Trustee's

State your grievance clearly in the space below. If you need more space, attach separate sheets of paper. For appeals, indicate what new information you believe has become available, or what error you believe was made by the original respondent.

This is an ONGOING PROBLEM. AND Sleep Deprivation is a result. Most Deputys are respectfull And keep Control over the Noise. When Deputy Estrada works the inmate trustees are allowed to be loud, Rude and Extreamly Noisy. loudly talking about Cars, and other Topics. Deputy Estrada will be UPstairs and the trustees Down stairs loudly talking Back And forth about all kinds of Subjects. This seems to be a weekly occuring Event. I have kited before

What actions have you taken to resolve this complaint informally? Indicate the names of staff with whom you have attempted to resolve this issue and their response.

Talked to Classifcation, Sent kites Prior.

What action or resolution are you seeking?
After 10 PM have Some Consideration for People asleep. Do Not Allow Un-Nessecary loud Conversation at Night

Inmate Signature _____    Date 2-23-18

Staff Receiving Grievance – Name and Personnel # ___ 0198 ___    Date 12-23-18    Time 1555

Final Response / Decision

This grievance that issue has already been addressed.

| Respondent Printed Name and Personnel # | Respondent Signature | Date 3/9/18 |
|---|---|---|

C TIENNAN 6134

Response Delivered to Inmate by – Staff Name and Personnel #    Date/Time 3-13-18 0600    Inmate Initial

②

**Snohomish County Sheriff's Office Corrections Bureau**
**Inmate Grievance Form**

For Grievance Coordinator Use Only
Date Received: _____ Tracking Number: _____ Assigned to: (Dept./Name) _____

Inmate Name: RONALD BRENNAN    CIN 1705723    Module 4S7

Is this an appeal of a previous grievance? Yes    What was the tracking number of the previous grievance? 222

NOTE - IF AN APPEAL YOU MUST ATTACH A COPY OF THE ORIGINAL GRIEVANCE

Location of the incident: 4 South    Date of the Incident: 2-23-18    Time of the Incident: 2:00 AM

List names of any persons involved in the incident to include staff, inmates, volunteers, etc...:
Deputy Estrada #6334 , INMATE Trustee's

State your grievance clearly in the space below. If you need more space, attach separate sheets of paper. For appeals, indicate what new information you believe has become available, or what error you believe was made by the original respondent.

This is a weekly Problem, I have Sent Prior Kites about the Trustee's coming into 4th Floor late at Night and Being Extreamly loud. having loud Conversations Between them and the Deputies. Inmate Borgeson #1866105 was in Cell 04 on this Date and also filed a Complaint about the Noise at 2:00 AM. I understand that cleaning is going to have Some Noise. What I don't WANT to hear is loud Conversations about Cars, and other aspects of life outside SCJ.

What actions have you taken to resolve this complaint informally? Indicate the names of staff with whom you have attempted to resolve this issue and their response.

Classification, kites, grievance.

What action or resolution are you seeking? 10 PM To 10 AM have Some Consideration. For People who Sleep. The Deputies and inmate trustees Dont need to have loud Conversations. AND Please No retaliation Again.

Inmate Signature _____ Date 3-6-18

Staff Receiving Grievance – Name and Personnel # RMK 6316    Date 3/6/18   Time 2031

**Final Response / Decision**

Respondent Printed Name and Personnel # _____ Respondent Signature _____ Date _____

Response Delivered to Inmate by – Staff Name and Personnel # _____ Date/Time _____ Inmate Initial _____

Pink Copy – Retained by Inmate upon Filing Grievance    Yellow Copy – Returned to inmate with Response    White Copy – Inmate File

Snohomish County Sheriff's Office - Corrections Bureau

**Inmate Grievance Form**

| For Grievance Coordinator Use Only | | |
|---|---|---|
| Date Received: | Tracking Number: | Assigned to: (Dept. / Name) |

Inmate Name: Ron Brennan     CIN 705723     Module 457

Is this an appeal of a previous grievance? Yes     What was the tracking number of the previous grievance? 246

**NOTE - IF AN APPEAL YOU MUST ATTACH A COPY OF THE ORIGINAL GRIEVANCE**

Location of the incident: 4 South     Date of the Incident: 3-2-18     Time of the Incident: 5:30 AM

List names of any persons involved in the incident to include staff, inmates, volunteers, etc...: Estrada, Trustee

State your grievance clearly in the space below. If you need more space, attach separate sheets of paper. For appeals, indicate what new information you believe has become available, or what error you believe was made by the original respondent.

I interviewed with Lt. Sundstrom on 3-6-18 @ 2:00 AM concerning this incident and handed him with a typed statement.
Deputy Estrada refused my Drink at breakfast Because I would not say Please. I did not get my Drink that meal and he used withholding food as a Punishment for not saying Please. I am on ADA meal

What actions have you taken to resolve this complaint informally? Indicate the names of staff with whom you have attempted to resolve this issue and their response.

What action or resolution are you seeking?

Inmate Signature     Date 3-6-18

Staff Receiving Grievance – Name and Personnel #  AA7176     Date 3/6/18  Time 1450

Final Response / Decision

| Respondent Printed Name and Personnel # | Respondent Signature | Date |
|---|---|---|
| Response Delivered to Inmate by – Staff Name and Personnel # | Date/Time | Inmate Initial |

Pink Copy – Retained by Inmate upon Filing Grievance     Yellow Copy – Returned to inmate with Response     White Copy – Inmate File