UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD JOHN BRENNAN, JR.,

           Plaintiff,

v.

DEPUTY ESTRADA,

           Defendant.

Case No. C18-417-RSM

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

The Court, having reviewed plaintiff's complaint, defendant's motion to dismiss this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Defendant's motion to dismiss (Dkt. 12) is GRANTED. Plaintiff's complaint (Dkt. 5) and this action are DISMISSED with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6), for failure of plaintiff to state any claim upon which relief may be granted.

(3) Plaintiff's motion for appointment of counsel (Dkt. 15), his request for preliminary injunctive relief (Dkts. 16, 17), and his motion for sanctions (Dkt. 18) are DENIED.

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable James P. Donohue.

DATED this 12th day of September 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS - 2